# AO 440 SUMMONS – Defendant 1

Defendant: Transit Management of Charlotte, LLC
3145 S. Tryon Street
Charlotte, NC 28217

Case Number: _____ (assigned by Clerk)

The remaining clerk-issued portions of the official summons (seal, issue date, clerk signature) are completed by the Court after filing.

# AO 440 SUMMONS – Defendant 2

Defendant: Charlotte Area Transit System (CATS)
Attn: Endra Young
700 East 4th Street, Suite 200
Charlotte, NC 28202

Case Number: _____ (assigned by Clerk)

The remaining clerk-issued portions of the official summons (seal, issue date, clerk signature) are completed by the Court after filing.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202
(980) 296-1250
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/16/2026

**To:** Wanda Jackson
6427 NEVIN GLEN DR
CHARLOTTE, NC 28269
Charge No: 430-2026-01736

EEOC Representative and email:    VICTORIA KNOTTS
EQUAL OPPORTUNITY INVESTIGATOR
VICTORIA.KNOTTS@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 430-2026-01736.

On behalf of the Commission,

Digitally Signed By:Elizabeth "Betsy" Rader
07/16/2026
Elizabeth "Betsy" Rader
District Director

**Cc:**
National Express Transit, LLC ? Charlotte, NC
3145 S Tryon St,
CHARLOTTE, NC 28217

Endra Young
Charlotte Area Transportation System
700 East 4th Street, Ste 200
Charlotte, NC 28202

Please retain this Notice for your records.



**NCDOL**
NC DEPARTMENT OF LABOR
LUKE FARLEY, COMMISSIONER

LUKE FARLEY
Commissioner of Labor

Kevin Frye
Bureau Chief
Retaliatory Employment Discrimination Bureau

June 01, 2026

**By Email:  wanda.jackson48@yahoo.com**

Wanda Jackson
6427 Nevin Glen Drive
Charlotte, NC 28269

**Re: Wanda Jackson v. Transit Management CATS**
**File No: 218040**

Dear Wanda Jackson,

The Bureau has received your request that it issue you a 90-Day Right-to-Sue letter regarding the above-referenced complaint.  Your request meets the requirements set forth in the Retaliatory Employment Discrimination Act (REDA), N.C. Gen. Stat. §95-242(c).

**THIS IS YOUR 90-DAY RIGHT-TO-SUE LETTER.  Pursuant to N.C. Gen. Stat. §95-243, if you intend to pursue a lawsuit, you must file a civil action in superior court within ninety (90) days of the date of this letter.  If you fail to do so, your right to sue the Respondent under the provisions of REDA is lost.**

If you want to seek legal advice regarding the requirements for filing a civil action and do not have an attorney, the NC Lawyer Referral Service of the NC Bar Association at 919-677-8574 may be able to refer you to an attorney.  With the issuance of this 90-Day Right-to-Sue letter, your complaint has been dismissed and the Bureau will take no further action on your case.

Sincerely,

Kevin Rooker
For the Bureau
/Complainant RTS letter or Right to Request RTS letter

Case 3:26-cv-00663-SCR-DCK    Document 1-1    Filed 08/12/26    Page 5 of 5